**THERESE S. HARRIS (SBN 246711)**
THERESE HARRIS LAW OFFICES
935 R<small>IVERSIDE DRIVE, SUITE</small> 7B
P<small>ASO</small> R<small>OBLES</small>, CA 93446
Telephone: 805-369-2053
Facsimile:   805-715-7824
tharris@tharrislawoffice.com

Attorney for Plaintiff, BRENDA HARRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HARRIS, an individual, | CASE NO: 2:16-cv-00355-JAM-AC |
| Plaintiff, | ORDER GRANTING STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| and | |
| NELSON AND KENNARD, | |
| Defendant. | |

     Based on the Stipulation and Request to Dismiss Entire Action With Prejudice filed in this action, the above-captioned action is dismissed with prejudice.

IT IS SO STIPULATED:

DATED: 4/7/2016                               /s/ John A. Mendez
                                              U. S. DISTRICT COURT JUDGE