**THERESE S. HARRIS (SBN 246711)**
THERESE HARRIS LAW OFFICES
935 RIVERSIDE DRIVE, SUITE 7B
PASO ROBLES, CA 93446
Telephone: 805-369-2053
Facsimile:   805-715-7824
tharris@tharrislawoffice.com

Attorney for Plaintiff, BRENDA HARRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HARRIS, an individual,<br><br>              Plaintiff,<br><br>   and<br><br>CACH, LLC and NEUHEISEL LAW FIRM, P.C.,<br><br>              Defendants. | CASE NO: 2:16-cv-00355-JAM-AC<br><br>AMENDED ORDER GRANTING STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE |

      Based on the Stipulation and Request to Dismiss Entire Action With Prejudice filed in this action, the above-captioned action is dismissed with prejudice.

IT IS SO STIPULATED:

DATED: 4/11/2016                                       /s/ John A. Mendez_____
                                                      U. S. DISTRICT COURT JUDGE

**SERVICE LIST**

Therese S. Harris, Esq.
Therese Harris Law Offices
935 Riverside Avenue, Suite 7B
Paso Robles, CA  93446
Telephone: (805) 369-2053
Facsimile: (805) 715-7824
Email: tharris@tharrislawoffice.com
Counsel for Plaintiff, Brenda Harris

Neuheisel Law Firm
2277 Fair Oaks Blvd., Suite 305A
Sacramento, CA  95825
Telephone: (866) 522-8868
Facsimile: (916) 486-4142
Email: gzarco@neuheisel.com
Counsel and Defendant